IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CR-78-D
No. 4:12-CV-196-D

| | |
|---|---|
| RENALDO KEITRON MEADOWS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent, ) | |

The United States shall file a response to defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582 [D.E. 54] and his motion under 28 U.S.C. § 2255 [D.E. 57]. The response is due not later than June 5, 2015.

SO ORDERED. This **27** day of April 2015.

JAMES C. DEVER III
Chief United States District Judge