IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CR-78-D
No. 4:14-CV-196-D

| | |
|---|---|
| RENALDO KEITRON MEADOWS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On September 1, 2017, Renaldo Keitron Meadows ("Meadows") filed a motion for reconsideration [D.E. 91]. Meadows asks the court to reconsider its order denying him relief under 28 U.S.C. § 2255. The motion for reconsideration [D.E. 91] lacks merit and is DENIED. Meadows's motion for an extension of time [D.E. 90] is DISMISSED as moot. The court DENIES a certificate of appealability. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This 10 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge