IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-cr-78-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER |
| | : | |
| v. | : | |
| | : | |
| RENALDO KEITRON MEADOWS | : | |

The Court having considered Defendant Renaldo Meadows' motion requesting leave to file his Memorandum in Support of Motion for Compassionate Release under seal, and good cause having been shown, it is this ___ day of October 2020 HEREBY ORDERED that the motion is GRANTED. The Clerk is directed to place the Memorandum in Support of Motion for Compassionate Release under seal.

SO ORDERED. This **11** day of December 2020.

JAMES C. DEVER III
United States District Judge