IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CR-78-D
No. 4:14-CV-196-D
No. 4:19-CV-78-D

| | |
|---|---|
| RENALDO KEITRON MEADOWS, ) | |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The court has reviewed the record. The court GRANTS the government's motion to dismiss [D.E. 111] for the reasons set forth in its memorandum [D.E. 112] and DISMISSES WITHOUT PREJUDICE petitioner's motion under 28 U.S.C. § 2255 [D.E. 101]. Because petitioner's section 2255 motion is "successive," and he has not received authorization from the United States Court of Appeals for the Fourth Circuit to file it, the court lacks jurisdiction to consider it. See, e.g., 28 U.S.C. § 2255(h); Gonzalez v. Crosby, 545 U.S. 524, 528–38 (2005); Richardson v. Thomas, 930 F.3d 587, 595–600 (4th Cir. 2019); Moses v. Joyner, 815 F.3d 163, 167–69 (4th Cir. 2016); United States v. Winestock, 340 F.3d 200, 205 (4th Cir. 2003); cf. [D.E. 64, 80, 85, 88, 92, 97, 99, 100]. Alternatively, the claims fail on the merits for the reasons set forth in the government's memorandum. See [D.E. 112] 6–12; Fed. R. Civ. P. 12(b)(6). The court also DENIES a certificate of appealability. See Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This 22 day of January 2021.

JAMES C. DEVER III
United States District Judge