THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CR-78-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| RENALDO KEITRON MEADOWS, ) | |
| ) | |
| Defendant. ) | |

Defendant has been released. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Renaldo Keitron Meadows") (last visited Nov. 5, 2025). Thus, the court DENIES as moot defendant's motion for compassionate release [D.E. 134].

SO ORDERED. This 5 day of November, 2025.

JAMES C. DEVER III
United States District Judge